# UNITED STATES DISTRICT COURT
## District of Minnesota

Sergio Arguello Velazquez,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood,
Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-82 JWB/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Sergio A.V.'s petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.
2. Respondents shall immediately release Petitioner from custody.
3. Respondents shall confirm Petitioner's release within 48 hours from the date of this Order.
4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.
5. Petitioner's other claims are not reached.

Date: 1/14/2026

KATE M. FOGARTY, CLERK